UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ALEX ERIC PIERCE,
Institutional ID No. 156544

    Plaintiff,

v.

OFFICER MICHAEL T. TAYLOR,
et al.,

    Defendants.

No. 5:23-CV-00101-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated June 15, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge